AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANTHONY HOWARD, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>CIRCADIAN FUNDING, LLC,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-cv-08692 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CIRCADIAN FUNDING, LLC
C/O CORPORATION SERVICE COMPANY, Service of Process
80 STATE STREET,
ALBANY, NY 12207 - 2543

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Timothy J. Sostrin
Keogh Law, Ltd.
55 W. Monroe St., Ste. 3390
Chicago, IL 60603

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 10/14/2022

/s/ P. Canales

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 22-cv-08692

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __CIRCADIAN Funding, LLC__
was received by me on *(date)* __10/14/2022__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __CIRCADIAN Funding LLC__, who is
designated by law to accept service of process on behalf of *(name of organization)* __Legal Representative of Corporation Service Company__ on *(date)* __10/17/22__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __10/17/22__

_____
Server's signature

__Keith J. Christianson__
Printed name and title

__111 Washington Ave, Ste 100__
__Albany, NY 12210__
Server's address

Additional information regarding attempted service, etc:



# PROCESS SERVER NOTICE

- Upon direction of counsel, we are not able to provide a specific employee name when receiving process. Please use "Legal representative of CSC". If you have "saved" an individuals name, please discontinue use.

- Under New York law, there is no statutory requirement for a registered agent to provide an employee's name when accepting service on behalf of a corporation.

- To the extent a court demands proof of service, the process server may offer to provide testimony regarding the delivery and/or we are willing to provide an affidavit regarding our business process and how certain documents were managed upon receipt.

If you have any questions, please feel free to contact our legal team at 302-636-5400

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

---

ANTHONY HOWARD, on behalf of
themselves and all others similarly situated,
    Plaintiff(s)

-v-                                Civil Action No.  22-cv-08692

CIRCADIAN FUNDING, LLC,
    Defendant(s).

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
COUNTY OF ALBANY  )

    Keith J. Christiansen, being duly sworn, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in Guilderland, NY. That on the 17th day of October 2022, at 9:25 a.m., he served the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, and CLASS ACTION COMPLAINT, in the above-entitled action, upon CIRCADIAN FUNDING, LLC, by delivering to and leaving with the Corporation Service Company, a true copy of thereof.

Location of Service: 80 State Street, Albany, NY 12207.

Description of Person Served: sex: female, age: 50, skin color: white, height: 5'3",
    Weight: 110, hair color: grey.

Manner of Service: By Legal Representative of Registered Agent, authorized to accept service.

                                                          Keith J. Christiansen

Sworn to before me this
17th day of October 2022



OFFICIAL SEAL
JANE CHRISTIANSEN
Notary Public - New York
No. 01CH6196916
My Commission Expires
November 17, 20 24