UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                      :
ANTHONY HOWARD,                                       :
                                                      :
                          Plaintiff,                  :
                                                      :          22-CV-8692 (VSB)
              -against-                                :
                                                      :              **ORDER**
CIRCADIAN FUNDING, LLC,                               :
                                                      :
                          Defendant.                  :
                                                      :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

  Plaintiff filed this action on October 13, 2022, (Doc. 1), and filed an affidavit of service

on October 18, 2022, (Doc. 9).  The deadline for Defendant to respond to Plaintiff's complaint

was November 7, 2022.  (*See* Doc. 9.)  To date, Defendant has not appeared or responded to the

complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if

Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H)

of my Individual Rules and Practices in Civil Cases by no later than November 21, 2022.  If

Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may

dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: November 14, 2022
   New York, New York

                _____
                VERNON S. BRODERICK
                United States District Judge