```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
   ANTHONY HOWARD,                                          :
                                                            :
                                    Plaintiff,              :
                                                            :          22-CV-8692 (VSB)
                   -against-                                :
                                                            :                ORDER
                                                            :
   CIRCADIAN FUNDING, LLC,                                  :
                                                            :
                                    Defendant.              :
                                                            :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

Plaintiff initiated this action by filing a complaint on October 13, 2022. (Doc. 1.) Defendant answered on February 3, 2023. (Doc. 23.) On February 28, 2023, I entered a case management plan and scheduling order. (Doc. 29.) On May 15, 2023, counsel for Plaintiff filed a motion to withdraw as attorneys, (Doc. 30), explaining that "Counsel have made repeated attempts to reach Plaintiff since early April, 2023, but have received no response," (Doc. 31). On May 19, 2023, Defendant filed a notice of non-opposition to Plaintiff's counsel's motion to withdraw. (Doc. 33.) On May 22, 2023, I granted the motion to withdraw and ordered that the matter was to be stayed until July 24, 2023 to allow Plaintiff time to retain new counsel. (Doc. 34.) Plaintiff's counsel was ordered to serve a copy of that order on Howard by May 30, 2023. (*Id.*) Because new counsel has not entered an appearance, I will consider Plaintiff to be proceeding *pro se*. Accordingly, the stay is hereby lifted and the parties are ordered to file a status update and amended case management plan, if necessary, on or before August 17, 2023. The Clerk of the Court is respectfully directed to mail a copy of this order to *pro se* Plaintiff at

512 W. Ormsby Ave., Apt. 522 Louisville, KY 40280.

SO ORDERED.

Dated: July 25, 2023
      New York, New York

                                                             Vernon S. Broderick
                                                             United States District Judge