UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY HOWARD, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    -against-<br><br>CIRCADIAN FUNDING, LLC,<br><br>         Defendants. | 22-CV-8692 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment, including ECF No. 29, except that the post-discovery conference scheduled for **February 26, 2024** is hereby rescheduled to **February 27, 2024 at 11:00 a.m.** The conference will be held remotely by Microsoft Teams before Judge Clarke. Further, pursuant to ECF. 37, Plaintiff is reminded that if he fails to appear and prosecute this matter by September 5, 2023, the matter will be dismissed pursuant to Fed. R. Civ. P. 41(b). **All counsel must familiarize themselves with the Court's Individual Rules and Practices, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: August 28, 2023
    New York, New York

                      SO ORDERED.

                      */s/ Jessica Clarke*

                      JESSICA G. L. CLARKE
                      United States District Judge